**Robert G. LEE, Appellant,**

v.

**MISSOURI BOARD OF PROBATION & PAROLE, Respondent.**

**No. WD 75046.**

Missouri Court of Appeals,
Western District.

Feb. 26, 2013.

Robert G. Lee, Appellant Pro Se.

Stephen D. Hawke and Martha E. Ravenhill, Jefferson City, MO, for respondent.

Before Division Three: CYNTHIA L. MARTIN, Presiding Judge, JOSEPH M. ELLIS, Judge and GARY D. WITT, Judge.

## ORDER

PER CURIAM:

Robert G. Lee appeals the dismissal of his petition for declaratory judgment for failure to state a claim. The petition alleged that the Board of Probation and Parole erroneously relied on false information in denying Lee parole thus denying Lee due process. The petition sought a new parole hearing and an injunction prohibiting reliance on the false information. Because Lee does not have a protected liberty interest in parole release, and his allegations were insufficient to state a claim that his due process rights were violated, we affirm. Rule 84.16(b).